**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| DANA M. BALLEW and CHARLES A. BALLEW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY<br><br>Defendants. | CASE NO. 7:18-cv-03014-TMC<br><br><br>**JOINT REQUEST FOR ENTRY OF *RUBIN* ORDER** |

The parties report that they have reached a settlement of this matter and are in the process of executing the agreement. Defendants expressly deny any and all liability to Plaintiffs and any alleged wrongdoing. As such, the parties agree that the settlement of this matter is not meant to be construed as an admission of liability or wrongdoing on behalf of the Defendants, as any such alleged liability or wrongdoing is expressly denied by the Defendants.

Accordingly, the parties jointly request that the Court enter the attached proposed *Rubin* Order to govern the remainder of this matter.

[*Signature Line Appears on the Following Page*]

WBD (US) 46315480v1

DATED: April 16, 2019

**RICHARDSON, PATRICK, WESTBOOK, & BRICKMAN, LLC**

/s/ T. Christopher Tuck
T. Christopher Tuck
1037 Chuck Dawley Boulevard – Building A
P.O. Box 1007
Mount Pleasant, SC 29465
Telephone: 843-727-6515
E-mail: ctuck@rpwb.com

*Counsel for Plaintiffs*

**WOMBLE BOND DICKINSON (US), LLP**

/s/ Keith D. Munson
Keith D. Munson (Fed. ID No. 6843)
keith.munson@wbd-us.com
550 South Main Street, Suite 400 (29601)
Post Office Box 10208
Greenville, SC  29603-0208
Telephone: (864) 255-5400

*Counsel for Defendants*