UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| DANA M. BALLEW and CHARLES A. BALLEW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY<br><br>Defendants. | CASE NO. 7:18-cv-03014-TMC<br><br>**ORDER** |

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within forty-five (45) days, any party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, any party may within forty-five (45) days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381–82 (1994).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within forty-five (45) days from the filing date of this order.

IT IS SO ORDERED.

_____, 2019

_____
The Honorable Timothy M. Cain

WBD (US) 46315518v1